# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 24
Michael Cutaia,
      Respondent,
       v.
The Board of Managers of the
160/170 Varick Street
Condominium, et al.,
      Defendants,
The Rector, Church Wardens and
Vestrymen of Trinity Church in
the City of New York, et al.,
      Appellants.
----------------------------
Michilli Construction, Inc. et
al.,
      Third-Party Appellants,
      v.
A+ Installations Corp.
      Third-Party Defendant.
(And Other Actions.)

Michael J. Kozoriz, for appellants.
Louis Grandelli, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided April 1, 2021